## Pape et ux., Appellants, *v*. Short.

618

Argued November 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

*Leonard E. Price*, for appellants.

*Daniel B. Winters*, with him *Arthur G. Stein*, and *Stein and Winters*, for appellee.

OPINION PER CURIAM, December 12, 1962:

The judgments of the court below are affirmed on the opinion of Judge SAMUEL A. WEISS of the Court of Common Pleas of Allegheny County, as reported in 28 Pa. D. & C. 2d 581.